IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION

| | |
|---|---|
| LARRY K. RICHARDSON | PLAINTIFF |
| V. CASE NO. 1:16-CV-00116 JTK | |
| NANCY A. BERRYHILL, ACTING COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION | DEFENDANT |

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED with prejudice. Judgment is entered in favor of the Commissioner.

DATED this 12th day of December, 2017.

_____
UNITED STATES MAGISTRATE JUDGE